THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Fitch, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No. 2010-UP-016
Submitted January 4, 2010  Filed January
 25, 2010  
APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M. Pachak, of Columbia, for
 Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM: 
 David Fitch appeals his convictions and sentences for criminal sexual conduct
 with a minor in the first and second degrees and lewd act upon a child, arguing
 the circuit court erred in refusing to direct a verdict in his favor because
 the State failed to present any substantial evidence of the victim's age at the
 time of the offenses.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Fitch's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.  
HUFF,
 A.C.J., GEATHERS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.